IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT TRETHAWAY, | : | Civ. No. 3:23-CV-1523 |
| Plaintiff, | : | |
| v. | : | (Magistrate Judge Bloom) |
| JOSEPH PIZANO, et al., | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 5th day of April 2024, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss (Doc. 26) is GRANTED IN PART AND DENIED IN PART as follows:

1. The motion is GRANTED as to the claim against the Borough of Wyoming, and this claim will be dismissed WITH PREJUDICE;

2. The motion will be GRANTED as to Defendants Scaltz and Skilonger, and the claim against him will be dismissed WITHOUT PREJUDICE; and

3. The motion is DENIED as to the claim against Defendant Dominick.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge