IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SCOTT TRETHAWAY, | : | Civ. No. 3:23-CV-1523 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Bloom) |
| | : | |
| JOSEPH PIZANO, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 5th day of April 2024, for the reasons set forth in the accompanying Memorandum Opinion, the defendants' motion to dismiss (Doc. 28) is GRANTED. The claim against Exeter Township is DISMISSED WITH PREJUDICE. The claim against Defendants Redmond and Kreseki is DISMISSED WITHOUT PREJUDICE.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge